# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 19-3244

———————————————

United States of America,

*Plaintiff - Appellee,*

v.

Hala Alalewi,

*Defendant - Appellant.*

——————————

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

——————————

Submitted: July 31, 2020
Filed: August 5, 2020
[Unpublished]

——————————

Before COLLOTON, GRUENDER, and GRASZ, Circuit Judges.

——————————

PER CURIAM.

Hala Alalewi appeals the sentence imposed by the district court[1] after Alalewi pleaded guilty to fraud offenses. Her counsel has filed a brief under *Anders v.*

---

[1]The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.

*California*, 386 U.S. 738 (1967), seeking leave to withdraw and acknowledging an appeal waiver in Alalewi's plea agreement.

We will enforce the appeal waiver in this case because we conclude that the waiver is valid, enforceable, and applicable to this appeal. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc). Further, we have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver.

Accordingly, we grant counsel leave to withdraw, and dismiss this appeal.

_____